O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Case No. EDCV 08-1500-VAP (EDCR 07-144-VAP) |
| Plaintiff, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| JOSE MARTIN CASTRO MILLAN, | ) ) ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: July 8, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge